(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Universal Access Communications Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-4487019** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**233 South Wacker Drive<br>Suite 600<br>Chicago, IL 60606** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expense will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-ove |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/04/2004
Time: 9:46:18
Debtor: UNIVERSAL ACCESS COMMUN
Case: 04-28762   Fee: 839
Chapter: 11 Rec. #: 3094083
Judge: Jack Schmetterer

1:04BK28762-BK001

(Official Form 1) (12/03)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Universal Access Communications Inc.** |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attached Annex A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Signature of Attorney**

X *John Collen*
Signature of Attorney for Debtor(s)
**John Collen 3127874**
Printed Name of Attorney for Debtor(s)
**Duane Morris LLP**
Firm Name
**227 W. Monroe Street**
**Suite 3400**
**Chicago, IL 60606**
Address
**312-499-6700  Fax: 312-499-6701**
Telephone Number
**August 4, 2004**
Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Randall R. Lay**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual
**August 4, 2004**
Date

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

## ANNEX A – AFFILIATED DEBTORS

On the date hereof, the following affiliated entities filed petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., in the United States Bankruptcy for the Northern District of Illinois in the enumerated order[1]:

1.    Universal Access Global Holdings Inc.

2.    Universal Access, Inc.

3.    Tri-Quad Enterprises, Inc.

4.    Universal Access Communications Inc.

5.    Universal Access of Virginia, Inc.

---

[1] Universal Access Global Holdings Inc. ("Holdings"), which has its principal place of business in Chicago, Illinois, is the first to file its Chapter 11 case. Universal Access, Inc. ("UAI") is a wholly owned subsidiary of Holdings and has its principal place of business in Chicago, Illinois. Each of Tri-Quad, Inc., Universal Access Communications, Inc. and Universal Access of Virginia, Inc. are wholly owned subsidiaries of UAI.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                            )
                                                  )
**UNIVERSAL ACCESS**                              )
**COMMUNICATIONS INC.**, a Delaware               )   Case No. 04 - _____
corporation,                                      )
                                                  )
                      Debtor.                     )

---

## STATEMENT PURSUANT TO FEDERAL
## RULE OF BANKRUPTCY PROCEDURE 7007.1

The undersigned is counsel to Universal Access Communications Inc. ("UAC"), the

debtor in this bankruptcy case.  Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of

Bankruptcy Procedure, the undersigned certifies that (i) UAC is a wholly-owned subsidiary of

Universal Access, Inc., which is a wholly-owned subsidiary of Universal Access Global

Holdings Inc.; and (ii) CityNet Telecommunications owns 57.24% of the common stock of

Universal Access Global Holdings Inc.

Dated:  August 4, 2004

By: _John Collen_____
John Collen (A.R.D.C. #3127874
Rosanne Ciambrone (A.R.D.C. #6199456)
DUANE MORRIS LLP
227 West Monroe St., Suite 3400
Chicago, Illinois 60606
Telephone:  (312) 499.6700
Facsimile:  (312) 499.6701

Proposed Attorneys for Debtor and Debtor-
in-Possession

CHI\176142.1

UNIVERSAL ACCESS COMMUNICATIONS INC.


## CERTIFICATE OF RESOLUTION


The undersigned hereby certifies that he is the Secretary of UNIVERSAL ACCESS COMMUNICATIONS INC., a Delaware corporation (the "*Company*"), and that annexed hereto is a true and correct copy of resolutions, duly adopted by the Board of Directors of the Company at a meeting held on July 20, 2004 and that such resolutions have not been amended or rescinded and remain in full force and effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and affixed the seal of the Company as of the 30ᵗʰ day of July, 2004.

UNIVERSAL ACCESS COMMUNICATIONS INC.


By: R. V. L. Morto
Its: Secretary

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF UNIVERSAL ACCESS COMMUNICATIONS INC.

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of Universal Access Communications Inc. (the "*Company*"), its creditors, stockholders, and other interested parties, that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois;

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, Brian Coderre and Randy Lay or any person or persons so designated by the Board of Directors (the "*Officers*") be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code, as well as all other ancillary documents, and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois in such form and at such time as the Officer executing said petition on behalf of the Company may determine;

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, the Officers or any one of them be, and each hereby is, authorized and directed to execute and file or cause to be executed and filed (or direct others to do so on their behalf as provided herein) on behalf of and in the name of the Company all necessary documents, including, without limitation, all petitions, affidavits, schedules, lists, motions, applications, pleadings and other papers and documents, and to take any and all action, including, without limitation, the negotiation, execution and delivery of financing documents, that they may deem necessary or proper in connection with the chapter 11 case;

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, each of the Officers are, and each hereby is, authorized and directed to retain on behalf of the Company, the law firm of Duane Morris LLP, 227 West Monroe Street, Suite 3400, Chicago, Illinois 60606, to render legal services to and to represent the Company in connection with any proceeding under the Bankruptcy Code, and any other related matter in connection therewith as any of the Officers and such other officers as they shall from time to time to designate, shall approve;

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, the law firm of Duane Morris LLP is hereby authorized, empowered and directed to represent the Company as debtor and debtor in possession in connection with any chapter 11 case commenced by the Company under the Bankruptcy Code;

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, each of the Officers and such other officers as they shall from time to time designate are, and each hereby is, authorized and directed to retain and employ all assistance by attorneys, investment bankers, accountants, financial consultants, and other professionals that they may deem necessary or proper with a view to the successful administration of the chapter 11 case;

FURTHER RESOLVED, that all necessary shareholders consents having been obtained, all acts lawfully done or actions lawfully taken by any Officers or any other officers of the Company to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

FURTHER RESOLVED, that all necessary shareholder consents having been obtained, each of the Officers are, and each hereby is, authorized and directed to take any and all further action, to execute and deliver any and all further agreements, instruments and documents, and to cause the Company to pay all expenses, that they may deem necessary or appropriate to carry out fully the intent and to accomplish the transactions contemplated by the foregoing resolutions; and that any such actions previously taken by such officer or officers prior to the date set forth below with respect to the matters contemplated by the foregoing are hereby ratified, confirmed and approved in all respects.

2

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>**UNIVERSAL ACCESS**<br>**COMMUNICATIONS INC.,**<br>a Delaware corporation,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 04-_____ ( )<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

I, Randall R. Lay, Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have reviewed the "Consolidated List of Creditors Holding the 20 Largest Unsecured Claims" submitted herewith and that it is true and correct as of August 3, 2004, to the best of my knowledge, information and belief.

Date: August 4, 2004

Signature _____
Randall R. Lay
Chief Executive Officer

CHI\1725904

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 04 – _____ |
| **UNIVERSAL ACCESS** | ) | Jointly Administered |
| **COMMUNICATIONS INC.,** | ) | |
| a Delaware corporation, | ) | Chapter 11 |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a consolidated list of creditors holding the 20 largest unsecured claims, as of approximately August 3, 2004. This list has been prepared on a consolidated basis, based upon the books and records of the debtor and certain affiliated entities that contemporaneously have commenced chapter 11 cases in this Court (collectively, the "Debtors"). Universal Access of Virginia, Inc. and Universal Access Communications Inc. have no creditors. Tri-Quad Enterprises, Inc. has two creditors, the largest being owed $416.00. Eighteen of the twenty largest creditors are creditors of Universal Access, Inc. The remaining creditors are creditors of Universal Access Global Holdings Inc. and occupy positions one and three on the consolidated list. There is no intercompany debt among the Debtors. The information presented in the list shall not constitute any admission by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.[2]

---

[1] The Debtors will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth below.

[2] The Debtors have not identified yet which of the 20 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 20 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate, and this listing is without prejudice to the Debtors contesting any claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Electro Banque | 54 rue Law Boetie<br>Paris, France  75008<br>011 331.4256.6906 (Phone)<br>011.331.4076.2525(Fax) | Note | | $2,000,000<br>(value of collateral unknown) |
| 233 South Wacker LLC | 233 S. Wacker Drive<br>Suite 600<br>Chicago, IL 60606<br>312.906.1118 (Fax) | Lease | | $1,119,420 |
| Lafayette Business Park | 1900 Lafayette St.,<br>Santa Clara, CA 95050<br>408.872.9505 (Fax) | Lease | | $1,000,000 |
| MCI | 575 East Amite Street<br>Jackson, MS 39201<br>212.885.0570 (Fax) | Carrier | | $958,033 |
| Universal Service Administrative Company | 1259 Payspere Cycle<br>Chicago, IL 60674<br>888.637.6226 (Fax) | Surcharge | | $933,072 |
| SBC | 529 South 7th Street<br>Floor 2, Room D<br>Springfield, IL  62721<br>217.747.6603 (Phone)<br>214.464.9502 (Fax) | Carrier | | $317,198 |
| AT&T | 1701 W. Golf Road<br>Rolling Meadows, IL  60008<br>Attn:  Branch Manager<br>847.952.2622 (Fax) | Carrier | | $283,587 |
| XO Communications, Inc. | 11111 Sunset Hills Road<br>Reston, VA  20190<br>Attn:  VP – Carrier Services<br>800.767.6244 (Fax) | Carrier | | $175,644 |
| Verizon | 110 Allen Road<br>Suite 300<br>Liberty Corner, NJ 07938<br>908.607.7266 (Fax) | Carrier | | $167,281 |

CHI\186020.1

| | | | | |
|---|---|---|---|---|
| Progress Telecom | 100 Second Ave. South<br>St. Petersburg, FL 33701<br>727.820.5973 (Fax) | Carrier | | $152,037 |
| 330 Madison Company | 330 Madison Ave.<br>Suite 2605A<br>New York, New York<br>212.894.7070 (Fax) | Lease | | $141,022 |
| Broadwing | 1122 Capital of Texas Hwy South<br>Austin, TX 78746-6426<br>Attn: Contract Administration<br>512.742.3700 (Phone)<br>512.328.7902 (Fax) | Carrier | | $135,054 |
| Qwest Communications Corp. | 1801 California<br>Suite 4900<br>Denver, CO 80202<br>Attn: Legal Department<br>303.295.6973 (fax) | Carrier | | $114,928 |
| WilTel Communications, LLC | WilTel Communications<br>100 South Cincinnati,<br>One Technology Center<br>6th Floor<br>Tulsa, OK 74103<br>Attn: Contract Management<br>918.547.2005 (Phone)<br>918.547.0460 (Fax) | Carrier | | $112,544 |
| WAM!NET | 6100 W. 110th Street<br>Bloomington, MN 55438<br>952.346.3614 (Fax) | Security Deposit | | $107,556 |
| Xspedius | 1109 Paysphere Circuit<br>Chicago, IL 60674<br>636.625.7193 (Fax) | Carrier | | $103,650 |
| Looking Glass Networks | 1111 W. 22nd Street<br>Suite 600<br>Oak Brook, IL 60523<br>630.242.2001 (Fax) | Carrier | | $98,518 |
| Elantic | 2134 W. Laburnum Ave.<br>Richmond, VA 23227<br>804.422.4392 (Fax) | Carrier | | $94,725 |
| Time Warner Telecom | 10475 Park Meadows Drive<br>Littleton, CO 80124<br>303.542.4405 (Fax) | Carrier | | $92,979 |
| San Francisco Exchange LLC | 200 Paul Avenue<br>San Francisco, CA 94124<br>415.715.2819 (Fax) | Lease | | $83,473 |
| Total Claims –<br>20 Largest Creditors | | | | $8,190,721 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **UNIVERSAL ACCESS** | ) | Case No. 04 – _____ |
| **COMMUNICATIONS INC.,** a Delaware | ) | Jointly Administered |
| corporation, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby

verify that the creditor matrix is true and correct to the best of my knowledge.  The matrix has

been prepared on a consolidated basis, based on the books and records of the debtor and certain

affiliated entities that contemporaneously have commenced chapter 11 cases in this Court

(collectively, the "Debtors").  The information contained in the matrix shall not constitute any

admission by, nor is it binding on, the Debtors.

Date:   August 4, 2004

_____
Randall R. Lay, Chief Executive Officer

CHI\174819.4

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:<br><br>**UNIVERSAL ACCESS OF VIRGINIA, INC.**, a Virginia corporation,<br><br>Debtor.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04 – _____<br>Jointly Administered<br><br>Chapter 11 |

**<u>CONSOLIDATED LIST OF CREDITORS</u>**

UAXS.txt

```
1120 Vermont  Ave. Associates
(VER001)
1120 Vermont, N.W. Ste#900
Washington, DC 20005

360 Networks (USA) Inc.
Attn: Virginia Szulist(360001)
7111 Syntex Drive
Mississauga, ON L5N 8C3
Canada

360networks
Attn: Virginia Szulist(DYN005)
7111 Syntex Drive
Mississauga, ON L5N 8C3
Canada

A & B Communications
(ABC001)
5670 Nw 116th Ave.
Suite 210
Miami, FL 33178

AA Raymond Associates
(AAR001)
387 Denison Hill Road
N. Stonington, CT 06359.

Adelphia Business Solutions
(ADE001)
5619 DTC Parkway
Greenwood Village, CO  80111

ADP Investor Communications
(ADP003)
100 Northwest Point Blvd
Elk Grove Village, IL 60007

ADP. Inc.
(ADP004)
100 Northwest Point Blvd
Elk Grove Village, IL 60007

AMERITECH-WIS. CABS
(AME010)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

AMNET US, LLC
(AMN001)
12410 Nw 39th Street
Coral Springs, FL 33065

APX Computer Services
(APX001)
318  W. Adams Street
Suite 1401
Chicago, IL 60606

AT&T  (Carrier)
(ATT010)
1701 W. Golf Road
```

UAXS.txt

Rolling Meadows, IL 60008

AT&T  (Carrier)
(ATT010)
300 Atrium Drive
Somerset, NJ 08873

AT&T  (Carrier)
(ATT010)
P. O.  Box 78425
Phoenix, AZ 85062-8425

AT&T (NJ)
Attn: Branch Manager(ATT007)
1701 W. Golf Road
Rolling Meadows, IL 60008

AT&T Co
(ATT014)
7872 Collection Center Drive
Chicago, IL 60693

Alltel
(ALL014)
C/O Bank Of America N.A.
P.O. Box 60549
St. Louis, MO 63160-0549

Ameritech CO
(AME007)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Ameritech  CO
(AME007)
Bill Payment Center
Chicago, IL 60663-0001

Ameritech Illinois Cabs
(AME006)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Ameritech Michigan Cabs
(AME003)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Ameritech Ohio Cabs
(AME005)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Ameritech-Indiana Cabs
(AME017)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

UAXS.txt

Anthony Coelho
(COE001)
One Wharf Street
Alexandria, VA 22314

Anthony Jackson
(JAC005)
4957 S. Michigan
Chicago, IL 60615

Ashton Partners LLC
(ASH002)
33 N. Lasalle
Suite 1800
Chicago, IL 60602

Aspen Publishers, Inc.
(ASP001)
7201 Mckinney Circle
Frederick, MD 21705-0911

Avaya Financial Services
(AVA001)
211 Mount Aivy Rd
Basking Ridge, NJ   07920

Axcess  Technology  Group
(ATG001)
61 W. 23rd. Street
6th Floor
New York, NY 10010

B&F Coffee Service
(BFC001)
3535 Commercial Ave.
Northbrook, IL 60062-1848

BCE Nexxia Inc.
Corporate Account Management (BCE001)
250 Yount St, Floor 12,
Toronto, Ontario  Canada M3C3X9

Bell South
(BEL002)
220 South Street
Room 317
Gastonia, NC 28052

BellSouth   Co
(BEL013)
220 South Street
Room 317
Gastonia, NC 28052

Belmont Springs Water Co.,Inc
(BEL014)
Post Office Box 530578
Atlanta, GA 30353-0578

Brookwood Biscayne Tower Investors LLC
(NEW009)
100 North Biscayne Boulevard
Ste 605

UAXS.txt

Miami, FL 33132

Cavalier Telephone
(CAV002)
2134 W Laburnum Ave
Richmond, VA  23227

CB Richard Ellis, Inc.
(CBR002)
233 Conference Llc
P.O. Box 8000 Dept. 794
Buffalo, NY 14267

Cincinnati Bell Telephone
(CIN001)
201 East Fourth Street
Cincinnati, OH  45202

Colex & Associates
(COL015)
P.O. Box 700
Annandale, VA  22003

COX Communications
(COX001)
4585 Village Avenue
Norfolk, VA 23502-2054

Cablevision Lightpath, Inc.
(CAB003)
200 Jericho Quadrangle
Jericho, NY 11753

Cambrian Communications, LLC
(CAM008)
12801 Fair Lakes Parkway
Fairfax, VA 22033-3874

Cannon Business Solutions,-East Inc.
(CAN002)
Dept. 77-6024
Chicago, IL 60678-6024

Carolyn L. Asmuth LLC
(CAR0012)
O,R & L Property Management
2 Summit Pl
Branford, CT 06405

Century Tel of Southern Alabama
(CEN003)
100 Century Tel Dr. Rm 1035 1-N
P.O. Box 4065
Monroe, LA 71211-4065

Chicago Depart.of Revenue
(CHI006)
22149 Network Place
Chicago, IL 60673-1221

Chicago Depart.of Revenue
(CHI006)
22615 Network Place

UAXS.txt

Chicago, IL 60673-1226

Cleaner Living Services, Inc.
(CLE003)
1440 Maple Ave.
Suite 3-B
Lisle, IL 60532

ComEd (Gen)
(COM006)
Bill Payment Center
Chicago, IL 60668-0001

Comfort Systems USA
(COM019)
50 Baker Hollow Road
Suite A
Windsor, CT 06095

Con Ed Communications LLC
(CON019)
55 Board Street 22nd Floor
New York, NY 10004

Craig Budesheim
(CRA003)
St Helens, 18th Floor
1 Undershaft
London, EC3A 8EE

Dagda Mor Media
(DAG001)
21001 N Tatum Blvd
Suite 1630-449
Phoenix, AZ 85050

Dakota Carrier Network
(DAK001)
112 Roberts Street 207
Fargo, ND  58102

Dallas Exchange, Ltd.
(DAL003)
18110 Midway Rd.
Suite 130
Dallas, TX 75287

Denver Gas & Electric Bldg.
(DEN001)
910 Generation Service
910 15th St. Dg&E
Denver, CO 80202

Denver Gas & Electric Bldg.
(DEN001)
Dg&E Building
910 15th St. Dg&E
Denver, CO 80202

Design Agency, Inc.
(DES003)
3602 N. Kennicott Ave.
Arlington Heights, IL 60004

UAXS.txt

Dialog Corporation
(DIA001)
36495 Treasury Center
Chicago, IL 60694

Domonion Telecom, Inc.
(DOM001)
Elantic
P.O. Box 11146
Richmond, VA 23230-9998

DrinkMore Delivery Inc.
(DRI002)
19200-U Chennault Way
Gaithersburg, MD 20879

Dynegy UK Communications Ltd
(DYN004)
288 Bishopsgate
London, EC2M 4QP

E. Spire
(ESP001)
5555 Winghaven Blvd
Suite 300
O'Fallon, MO 63366

EWE Office Investments  II, Ltd
(SOU002)
100 N. Biscayne Blvd.
Suite 605
Miami, FL 33132

EWE Office Investments  II, Ltd
(SOU002)
C/O Grubb And Ellis Mgmt Serv. Inc.
200 Se 1st  Street #504
Miami, FL 33131

Electric Lightwave, Inc.
Attn: Legal Department(ELE003)
4400 Ne 77th Avenue
Vancouver, WA 98662

FiberNet Telecom Group, Inc.
(FIB004)
570 Lexington Avenue
3rd Floor,
New York, NY 10022

First Union National Bank
(600001)
601 West Associate  Llc
P.O. Box 60964
Charlotte, NC 28260-0964

Global Crossing Bandwidth
(GLO004)
180 South Clinton Avenue
Rochester, NY 14646

Global Crossing Bandwidth

UAXS.txt

(GLO004)
200 Galleria
Ste #402
Southfield, MI 48034

Gosnell Properties, Inc.
(GOS001)
8130 Boone Blvd
Ste #100
Vienna, VA 22182

I/ESG ITF Carlyle One Wilshire LP
(ONE002)
Carlyle One Wilshire L.P.
P.O. Box 515360
Los Angeles, CA 90051-6660

ICG Telecom Group, Inc.
(ICG001)
Department #283
Denver, CO 80291-0283

INSIGHT CORPORATE SOLUTIONS
(COM009)
444 Scott Drive
Bloomingdale, IL 60108

INSIGNIA/ESG,INC.
(INS004)
Carlyle One Wilshire,L.L.C.
P.O. Box 515360
Los Angeles, CA 90051-6660

IOS Capital
(IOS001)
Ikon Financialservices
P.O. Box 650016
Dallas, TX 75265-0016

IX2 Center
(IX2001)
1200 West  7th Street
Ste# L2-240
Los Angeles, CA 90017-2349

Interstate FiberNet
(INT017)
1791 O.G. Skinner Drive
West Point, GA 31833

Iron Mountain Records Management
(IRO001)
745 Atlantic Avenue
Boston, MA 02111

Jani-King of Atlanta
(JAN001)
6190 Regency Parkway
Norcross, GA 30071

Kentucky Data Line
(KEN009)
1419 W. Lloyd Expressway

Page 7

UAXS.txt

Evansville, IN  47710

Level 3 Communications
(LEV001)
1025 Eldorado Blvd.
Broomfield, CO 80021

Level 3 Communications
(LEV001)
Dept. 182
Denver, CO 80291-0182

Liebert Corporation
(LIE001)
1050 Dearborn Drive
Columbus, OH 43085

Lifeline Data Centers, LLC
(LIF001)
600 Kentucky Avenue
Suite 200
Indianapolis, IN 46225-1231

Looking Glass Networks
(LOO001)
1111 W. 22nd Street
Suite 600
Oak Brook, IL 60523

McLeod USA Co
(MCL002)
6400 C Street SW
Cedar Rapids, IA  52404

MFS Telecom, Inc.
(MFS001)
575 East Amite Street
Jackson, MS 39201

MFS Telecom, Inc.
(MFS001)
575 East Amite Street
Jackson, MS 39201

Marietta Street Partners LLC
(MAR004)
3101 Towercreek Pkwy.
Suite 560
Atlanta, GA 30339

Marietta Street Partners LLC
17 State Street(MAR004)
Colo Properties Atlanta,Llc
C/O The Tel(X) Group, Inc.
New York, NY 10004

Midwest Mechanical
(MID002)
540 Executive Plaza
Willowbrook, IL 60521-5602

NECA Services, Inc.
(NEC001)

UAXS.txt

```
Attn: Anna Del Rosario
80 South Jefferson Road
Whippany, NJ 07981

NEON Optica Inc.
(NOR003)
2200 West Park Dr. Ste# 200
Westborough, MA 01581

Network Access Center-LA,LLC
(NET014)
C/Ojma Properties, Inc.
5150 El Camino Real Suite D-21
Los Altos, CA 94022

Netwolves Network Services
(NET015)
4805 W Independence Parkway Ste 101
Tampa, FA  33634

Northwest Telephone Inc.
(NOR014)
250 East Penny Road
Wenatchee, WA 98801

On Fiber Communications Inc.
(ONF001)
Dept. Ch17035
Palatine, IL 60055-7035

PCAOB
(PCA001)
1251 Avenue Of The Americas
New York, NY 10020

Pacific Bell    Co
(PAC009)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Pacific Bell    Co
(PAC006)
Payment Center
Sacramento, CA 95887-0001

Pickens-Kane
(PIC001)
Dept. 77-3165
Chicago, IL 60678-3165

Printers' Square
(PRI004)
700 S. Federal - Leasing Office
Chicago, IL 60605

Progress Telecom
(PRO009)
100 2nd Ave South Suite 400s
St. Petersburg, FL  33701

Qwest
(QWE001)
```

UAXS.txt

4650 Lakehurst Ct
Louisville, KY 40285-6169

Qwest
Attn: Legal Department(QWE001)
1801 California
Suite 4900
Denver, CO 80202

Qwest Co
(QWE006)
Payment  Center
Denver, CO 80244-0001

Qwest Co
Attn: Legal Department(QWE006)
1801 California
Suite 4900
Denver, CO 80202

RCN  Communications
(RCN003)
350 N. Orleans Street
Suite 600
Chicago, IL 60654-1509

Rockville Printing & Graphics
(ROC003)
736 Rockville Pike
Rockville, MD 20852

SDN Communications
(SDN001)
2900 W. 10th Street
Sioux Falls, SD 57104

Smart City Telecom
(SMA002)
3100 Bonnet Creek Rd
Lake Buena Vista, FL  32830

SMS
(SMS001)
455 River Road
Hudson, MA 01749

SNET Carrier Services
(SNE001)
Po Box 9608
New Haven, CT 06535

San Francisco Exchange LLC
(SAN005)
1350 Treat Boulevard
Suite 560
Walnut Creek, CA 94596

San Francisco Exchange LLC
P.O. Box 60228(SAN005)
First Union Wholesale Lockbox
San Francisco Wave Exchange
Charlotte, NC 28260-60228

UAXS.txt

Scott D. Fehlan
(NCS003)
1100 N. Lake Shore Dr. Apt. 35 C
Chicago, IL 60611

Shefsky Froelich & Devine Ltd.
(SHE001)
444 North Michigan Avenue
Chicago, IL 60611

Sixth & Virginia Properties
(SIX001)
C/O The Westin Building
2001 Sixth Ave., Suite 300
Seatle, WA 98121

Sound Incorporated
(SOU010)
1550 Shore Rd.
Naperville, IL 60563

Southwestern Bell Co
(SOU004)
529 South 7th Street
Floor 2 Room D
Springfield, IL 62721

Sphera Optical Neworks, Inc.
(SPH002)
110 Fieldcrest Ave. 7fl.
Addison, NJ 08837

Sprint.
Attn: Law Department(SPR007)
6391 Sprint Parkway
Overland Park, KS 66251

Sprint/Local Telecomm. Div.
Attn: Law Department(SPR004)
6391 Sprint Parkway
Overland Park, KS 66251

State of Michigan
(STA003)
3036 Wiz Mile Road
Suite 100
Berkley, MI 48072

State of Michigan
P.O. Box 30015(STA003)
Dept. Of Labor & Economic Growth
Revenue Services
Lansing, MI 48909

Stellar Prof. Communication Systems GmbH
(STE006)
Goldenberg Strasse 1a
Hurth, Denmark 50354

Storage USA
(STO004)
1200 Legion Road Ne
Albuquerque, NM 87102

Page 11

UAXS.txt

Stout Causey Consulting
(AOL002)
C/O America Online
119 Lakefront Drive
Hunt Valley, MD 21030

SunGard Availability Services LP
(SUN004)
680 E Swedesford Road
Wayne, PA 19087

Switch and Data
(SWI003)
1715 N Westshored Blvd.
Suite 650
Tampa, FL 33607

Tel Cove
(TEL031)
712 N. Main Street
Cavdersport, PA  16915

TELUS Communications Inc.
(TEL024)
411 - 1 St. S.E.
Calgary, AB Canada T2G 4Y5

Telecom Center LA LLC.
Suite D-21(TCL001)
C/O Jma Properties, Inc.
5150 El Camino Real,
Los Altos, CA 94022

Telecom Central LP
(TEL008)
Cc# 2mp01
Dept. No. 0905
Los Angeles, CA 90084-0905

Telecom Management III,LLC
(TEL029)
4600  South Syracuse
Suite 1000
Denver, CO 80237

Teleglobe USA Inc.
(TEL027)
7595 Collection Center Dr.
Lockbox #7595
Chicago, IL 60693

Teligent
(TEL017)
460 Herndon Parkway
Suite 100
Herndon, VA 20170

Telpak Networks
(TEL028)
125 S. Congress Ste 1100
Jackson, MS  39201

UAXS.txt

The IBS Service Group
(IBS001)
68 Thomas Street
New York, NY 10013

Time Warner Telecom
(TWC002)
10475 Park Meadow Drive
Littleton, CO 80124

Timothy F. Fountain
(FOU003)
17 Winchester Lane
Bedford, NH 03110

ULINE
(ULI001)
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

US Signal
(USS001)
20 Monroe Ave. Nw
Suite 450
Grand Rapids, MI 49503

Valley Networks
(VAL002)
401 Spring Lane #301
Waynesboro, VA 22980

VERIZON SOUTH
(VER025)
110 Allen Road
Suite 300
Liberty Corner, NJ 07938

Verizon
(VER003)
110 Allen Road
Suite 300
Liberty Corner, NJ 07938

Verizon    Co
(VER011)
Po Box 28001
Lehigh Valley, PA 18002

Verizon    Co
(VER008)
110 Allen Road
Suite 300
Liberty Corner, NJ 07938

Verizon Co
(VER004)
110 Allen Road
Suite 300
Liberty Corner, NJ 07938

Verizon Florida, Inc.
(VER007)

UAXS.txt

110 Allen Road
Suite 300
Liberty Corner, NJ 07938

Webb/Mason
(WEB006)
100 Overland Drive Unit C
North Aurora, IL 60542

Wendy Compton
(WEN001)
10 Stockport Private
Ottawa, Canada K2P2J3

Westcom
(WES010)
162 Fifth Ave.
2nd Floor
New York, NY 10010

Western Marquette Office Associates
(WES012)
330 Garfield Street #200
Santa Fe, MN 87501

Western Marquette Office Associates
4665 Indian School Road(WES012)
Western-Marquette Office Ass. Lp
C/O Bgk Albuquerque
Albuquerque, NM 87110

WilTel Communications, LLC
(WIL001)
100 South Cincinnati
One Technology Center 6th Floor
Tulsa, OK 74103

WilTel Communications, LLC
(WIL001)
21864 Network Place
Chicago, IL 606731218

WilTel Communications, LLC
(WIL001)
3180 Rider Trail South
Bridgeton, MO 63045

WorkNet, Inc.
(WOR005)
600 E. Diehl Road
Suite 100
Naperville, IL 60563

XO  UTX
(XO006)
105 Molly St.
Suite 300
Nashville, TN 37201-2315

XO  UTX
(XO006)
8851 Sandy Pkwy
Sandy, UT 84070

Page 14

UAXS.txt

XO Communications Inc.
(XOC001)
11111 Sunset Hills Road
Reston, VA 20190

XO Communications Inc.
(XOC001)
Po Box 828618
Philadelphia, PA 19182-8618

Ygnition Networks, Inc.
(YGN001)
320 Andover Park East
Suite 275
Seattle, WA 98188

Yipes Enterprise Service
(YIP001)
114 Sansome Street
11th Floor
San Francisco, CA 94104

Communitech.Net
(COM002)
1627 Main Street Suite 1000
Kansas City, MO 64108

William Miskovertz
(MIS001)
3491 Country Club Pl.
Danville, CA 94506

Accessline Communications
(ACC003)
11201 South East 8th
Suite 200
Bellevue, WA 98004

Flag Telecom
(FLA002)
9 South Street
London, W1K 2XA

Allstream
(ATT003)
200 Wellington Street
West 10th Floor
Toronto, ON Canada M5V3G2

PowerGenix Systems, Inc.
(POW001)
2340 D/F Walsh Street
Santa Clara, CA 95051

WV Fiber
(WIL003)
340 W. Peachtree NW
Suite 250
Atlanta, GA 30308

WamNet
(WAM001)

UAXS.txt

6100 W. 110th Street
Bloomington, MN 55438